# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E 1102333 | Cody Cooper | 2888 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 6/26/22  2012 | 36 CFR 4.23(a)(1) |

**Place of Offense:** Many Glacier Road sheep curve to Many Glacier campground

**Offense Description:** operate motor vehicle while under the influence to an unsafe degree (marijuana)

### DEFENDANT INFORMATION

**Last Name:** Lozovoy
**First Name:** Michael  **MI:** D

| Tag No. | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| BLX613 | KY | 21 | Subaru Outback | blu |

☒ A  **APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

☐ B  **APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

NP22171520

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE

**Court Address:** Missouri River Courthouse, 125 Central Ave West, Great Falls, MT
**Date:** 8/12/22  **Time:** 9:00 am

X Defendant Signature

Original - CVB Copy

*E1102333*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 26th** 20**22** while exercising my duties as a law enforcement officer in the **Federal** District of **Montana**

See attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 06/26/2022   Cody S. Cooper
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident