UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-po-5049-JTJ |
| vs. | |
| MICHAEL D. LOZOVOY, | ORDER |
| Defendant. | |

Defendant Michael Lozovoy, who lives in Kentucky, has moved for leave to appear by telephone at the initial appearance scheduled for August 26, 2022, at 9:00 a.m. Mountain Standard Time, in West Glacier, Montana. (Doc. 4). The government does not oppose Defendant's motion. Accordingly,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant shall call 1-866-390-1828 at 9:00 a.m. M.S.T. on August 26, 2022 to participate in the hearing.  When prompted, enter the access code 8447649 followed by #.

DATED this 2nd day of August, 2022

Kathleen L. DeSoto
United States Magistrate Judge