### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL D. LOZOVOY, <br><br> Defendant. | PO-22-05049-GF-JTJ <br><br> VIOLATIONS: <br> E1102332 <br> E1102333 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $95 fine and $30 processing fee for violation E1102332 (for a total of $125), and for good cause shown, **IT IS ORDERED** that the $125 fine paid by the defendant is accepted as a full adjudication of violation E1102332.  **IT IS ALSO ORDERED** that violation E1102333 is **DISMISSED**. **IT IS FURTHER ORDERED** that the initial appearance scheduled for August 26, 2022, is VACATED.

DATED this 4th day of August, 2022.

_____
John Johnston
United States Magistrate Judge